UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-20978-CV-JORDAN/MCALILEY

CARMEN BARBOZA,

    Plaintiff,

vs.

IMPLANT SEMINARS, INC., ARUN K. GARG,
HEATHER LEE,

    Defendants.
_____/

### NOTICE OF SATISFACTION OF FINAL JUDGMENT OF GARNISHMENT

Plaintiff, CARMEN BARBOZA, by and through the undersigned counsel, gives Notice of Satisfaction of Final Judgment of Garnishment and hereby certifies that the Final Judgment of Garnishment dated October 12, 2010 was paid on October 13, 2010 via Cashier's Check Number 9734047522 from Bank of America to CARMEN BARBOZA by and through James M. Loren, Esquire and Loren Law Group and does hereby acknowledge full payment and satisfaction thereof and hereby consents that the same shall be satisfied of record.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 18, 2012 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

    Loren Law Group
    Attorneys for Plaintiff
    320 South State Road 7 - Suite 300
    Plantation, FL 33317
    Phone:       (954)585-4878
    Facsimile:   (954)585-4886
    E-Mail:      JLoren@Lorenlaw.com

_____
James M Loren, Esquire
Bar No.: 55409

**SERVICE LIST**

J.T. Haley, Esquire
Haley & Associates, P.A.
300 Sevilla Avenue
Suite 210
Miami, FL 33134
Phone:      (305)442-9393
Fax:          (305)442-9990
CM/ECF:   jthaley@hsaalegal.com